UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alicia Rashawn Johnson**                          **Docket No. 7:16-CR-120-4D**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alicia Rashawn Johnson, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 20, 2017, to the custody of the Bureau of Prisons for a term of 13 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Alicia Rashawn Johnson was released from custody on October 2, 2017, at which time the term of supervised release commenced.

On January 11, 2018, the court was notified that the defendant tested positive for marijuana and Oxycodone on December 21, 2017, and would be required to serve a 2-day period of custody as a DROPS Program sanction.

On February 14, 2018, the court was notified that the defendant tested positive for marijuana on January 31, 2018, and would be required to serve a 5-day period of custody as a DROPS Program sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

To address her drug use, the defendant was directed to participate in the Substance Abuse Intensive Out-Patient (SAIOP) program at Coastal Horizons, Inc. She failed to report for SAIOP treatment sessions on 10 occasions between April 6, 2018, and May 7, 2018. Additionally, the defendant failed to report for scheduled urinalysis testing on February 15, 2018, March 12, 2018, March 22, 2018, and April 26, 2018. Furthermore, she submitted to a urine test on May 3, 2018, which was confirmed positive for marijuana and methamphetamine by Alere Laboratories. When confronted about the positive urine test on May 10, 2018, the defendant confessed that she used marijuana provided to her by a friend, but denied knowingly using methamphetamine. As a result of her continued drug use, a 60-day period of Location Monitoring is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. A cognitive intervention technique was applied to help the defendant improve her lack of motivation for compliance. Additionally, she will be required to participate in increased substance abuse treatment which will include a period of in-patient treatment to be completed at the direction of the treatment provider.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant's assignment to Location Monitoring will begin within 10 days of her completion of in-patient treatment which will be scheduled by Coastal Horizons, Inc.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: May 11, 2018 |

### ORDER OF THE COURT

Considered and ordered this ___5___ day of ___June___, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge